UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICKY DEAL, ) <br> ) <br>         Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> DANNY ALEGRE, ET. AL, ) <br> ) <br>         Defendant. ) <br> _____ ) | Case No.: C 04-03778 PVT <br><br> **ORDER THAT DEFENDANTS' MOTION BE TREATED AS A MOTION FOR SUMMARY JUDGMENT AND CONTINUING HEARING AND BRIEFING ON MOTION TO ALLOW PLAINTIFF TO OBTAIN AFFIDAVITS AND/OR CONDUCT LIMITED DISCOVERY** |

     On June 17, 2005 this court issued an order granting a prior motion to dismiss by Defendants, with partial leave to amend the complaint. On July 6, 2005, Plaintiff filed his second amended complaint. Defendants Danny Alegre ("Alegre") and Home Depot USA, Inc. ("Home Depot") have again moved to dismiss or in the alternative for summary judgment.[1] Plaintiff has opposed the motion. Along with his opposition, Plaintiff filed a declaration requesting a denial or continuance under Federal Rules of Civil Procedure 56(f). Having reviewed the papers submitted by the parties, the court finds it appropriate to treat the motion as a motion for summary judgment under Rule 56, and to continue the motion in order to allow

---

   [1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

Plaintiff an opportunity to obtain affidavits[2] and/or conduct limited discovery.  Therefore,

IT IS HEREBY ORDERED that the hearing on Defendants' motion for summary judgment is continued to October 4, 2005.  Plaintiff may file supplemental opposition papers no later than September 13, 2005.  Defendants shall file their reply papers no later than September 27, 2005.

IT IS FURTHER ORDERED that each side may take up to 4 hours of deposition.  Each side may divide their 4 hour limitation between up to three current or former employees of the Santa Clara County District Attorneys office.  The depositions shall be limited to the subject of whether Deal received a favorable termination of the criminal charges against him, including: 1) the reasons for the dismissal of the criminal charges against Deal; 2) whether at the time of the dismissal the prosecution had sufficient evidence against Deal to proceed to trial.  No written discovery shall be allowed at this time absent agreement of the parties and pertinent non-parties, or further order of this court for good cause shown.

IT IS FURTHER ORDERED that the parties shall include in their further briefing on this motion a discussion of what impact the state court's denial of Deal's motion for a finding of factual innocence, and any appeal or lack of appeal therefrom, has on the question of "favorable termination."

Dated:   *8/3/05*

           */s/ Patricia V. Trumbull*
           PATRICIA V. TRUMBULL
           United States Magistrate Judge

---

[2] As used herein, "affidavit" includes "declarations" made under penalty of perjury.